County, Reagan, J.—Summary Judgment.) Present—Callahan, J. P., Green, Pine, Lawton and Davis, JJ.

■ TRIPLE CITIES CONSTRUCTION CO., INC., Respondent, v STATE OF NEW YORK, Appellant. (Appeal No. 1.) (Claim No. 67682.)—Appeal unanimously dismissed without costs (see, Loafin' Tree Rest. v Pardi [appeal No. 1], 162 AD2d 985). (Appeal from Order of Court of Claims, Benza, J.—Dismiss Complaint.) Present—Callahan, J. P., Green, Pine, Lawton and Davis, JJ.

■ RAND CAPITAL CORPORATION, Respondent, v EDWARD WILLNER et al., Defendants, and LEONARD GREEN et al., Appellants. (Appeal No. 1.)—Judgment unanimously affirmed without costs for reasons stated in decision at Supreme Court, Fallon, J. (Appeal from Judgment of Supreme Court, Erie County, Fallon, J.—Summary Judgment.) Present—Callahan, J. P., Pine, Lawton and Davis, JJ.

■ RAND CAPITAL CORPORATION, Respondent, v EDWARD WILLNER et al., Defendants, and LEONARD GREEN et al., Appellants. (Appeal No. 2.)—Appeal unanimously dismissed without costs (see, CPLR 5501 [a] [1]). (Appeal from Order of Supreme Court, Erie County, Fallon, J.—Summary Judgment.) Present —Callahan, J. P., Pine, Lawton and Davis, JJ.

■ MARK S. DUPUIS, Appellant, v CITY OF GENEVA et al., Defendants, and HARVEY C. ROUSSEAU, Doing Business as HARV'S HARLEY DAVIDSON SALES, et al., Respondents. (Appeal No. 2.)—Order unanimously reversed on the law with costs and finding vacated. Memorandum: From our review of the record, we conclude that Supreme Court improperly found that it was undisputed that plaintiff's corneal scarring in his left eye was not proximately caused by any alleged defects in the goggles distributed and sold by defendants. (Appeal from Order of Supreme Court, Ontario County, Henry, Jr., J.— Summary Judgment.) Present—Callahan, J. P., Green, Pine, Lawton and Davis, JJ.

■ RICHARD MARTELL et al., Respondents, v CITY OF UTICA, Appellant. JOHN R. NIEMIEC et al., Respondents, v CITY OF UTICA, Appellant.—Order unanimously modified on the law and as modified affirmed without costs in accordance with the following Memorandum: Plaintiffs, professional firefighters Richard Martell and John R. Niemiec, commenced these consolidated actions against defendant City, seeking recovery for injuries sustained during their unsuccessful attempt to rescue three young children from their burning home. Those